DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL MARTINEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-1526

[July 29, 2015]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Sherwood Bauer, Jr., Judge; L.T. Case No. 472010CF638A.

Michael Martinez, Jasper, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Martinez v. State,* 40 Fla. L. Weekly D1313 (Fla. 4th DCA June 3, 2015)

GROSS, MAY and KLINGENSMITH, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***